**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER SHULL** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **VS.** | § | **Civil Action No. 3:24-cv-00122** |
| | § | |
| **SCOTT HARRELL** | § | |
| **Defendant.** | § | |

---

**DEFENDANT'S ADVISORY TO THE COURT**

---

TO THE HONORABLE JUDGE VINCENT BROWN:

NOW COMES DEFENDANT SCOTT HARRELL and files this Advisory to the Court, and would respectfully show unto the Court as follows regarding Defendant's Response to Plaintiff's Original Petition:

1. May 1, 2024, Plaintiff filed his Original Complaint in the above captioned matter.

2. May 21, 2024, Defendant SCOTT HARRELL was served with summons on the above captioned case.

3. June 6, 2024, Parties agreed to and filed a joint extension for Defendant to file a responsive pleading based on the Parties engaging in settlement discussions. The Court granted the extension, making the new deadline to file Defendant's Original Response June 24, 2024.

4. Parties have reached a settlement and are drafting the settlement documents. Once the settlement agreement is executed, the Parties will file a Motion to Dismiss with Prejudice.

5. Based upon the foregoing, Defendant respectfully requests the Court acknowledge this Advisory and continue the responsive pleading deadline while the Parties finalize the settlement.

Signed on this 21st day of June 2024.

Respectfully submitted,

By: Ricardo J. Navarro
**RICARDO J. NAVARRO**
Attorney In Charge
USSDTX Bar No. 5953
State Bar No. 14829100
rjnavarro@rampagelaw.com

By: Kelly R. Albin
KELLY R. ALBIN
USSDTX Bar no. 3792304
State Bar No. 24086079
kralbin@rampagelaw.com

By: David L. Red
DAVID L. RED
USSDTX Bar No. 2338770
Texas Bar No. 16656900
dlred@rampagelaw.com
**DENTON NAVARRO ROCHA BERNAL & ZECH**
549 N. Egret Bay, Suite 200
League City, Texas 77573
**COUNSEL FOR DEFENDANT SCOTT HARRELL**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document has been served in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure to the persons or parties identified below on this 21st day of JUNE 2024.

Brandon J. Grable
GRABLE GRIMSHAW PLLC
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Email: brandon@g2.law
**Counsel for Plaintiff**

**Via E-filing Notification**

By: Ricardo J. Navarro